UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA PLAINTIFF

V. CRIMINAL ACTION NO. 3:26-CR-90-CHB

LAJUAN SANDERS DEFENDANT

**ORDER**

*** *** ***

This matter is before the Court on the Defendant's Motion for Review and Revocation of Order of Detention. The Court being sufficiently advised, IT IS HEREBY ORDERED that a hearing on the motion is set for ____________, 2026, at ______ __.m., in Louisville, Kentucky. The United States Marshal shall produce the Defendant for the hearing.