## REPORT OF INVESTIGATION



| Program Code | Cross File | Related Files | File No. | G-DEP Identifier |
|---|---|---|---|---|
| By: Riley R Nesbit, SA<br>At: | ☐<br>☐<br>☐<br>☐<br>☐ | | [redacted] | [redacted] |
| | | | File Title<br>[redacted] | |
| ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | Date Prepared<br>05-16-2026 | |

Other Officers:

☐ Is AGEO

Report Re: Review of Intercepted Calls between Michael MORRIS and Lajuan SANDERS from May 4, 2026, Through May 16, 2026

**SYNOPSIS**

On May 16, 2026, members of the Drug Enforcement Administration (DEA) Louisville Division Office (LDO) reviewed call data from Title III wire communication interceptions over the date range of May 4, 2026, through May 16, 2026. In particular, interceptions between Michael MORRIS utilizing target telephone two (TT2) and Lajuan SANDERS utilizing phone numbers 502-416-8348 and 502-416-8185 were reviewed. Based on these intercepted conversations, members of the LDO believe that SANDERS is supplying large quantities of suspected narcotics to MORRIS. In conjunction with T-III data, members of the LDO also reviewed court authorized GPS vehicle tracker data, covert cameras, and GPS phone ping data to support these observations.

**DETAILS**

May 4, 2026.

1. On May 4, 2026, at approximately 10:07AM, MORRIS utilizing TT2, placed an outgoing call to 502-655-8348 utilized by Lajuan SANDERS (call #1155). Members of the LDO have attributed this phone number to SANDERS through numerous methods, including a CashApp account associated to that number with the username "$JuanSoloEl", and previously intercepted conversations where SANDERS discussed his (at the time) ongoing federal trial in

| Distribution: | Signature (Agent) | Date |
|---|---|---|
| Division | /s/ Riley R Nesbit, SA | 05-19-2026 |
| District | Approved (Name and Title)<br>/s/ Chad A Moore<br>for GS JMT | Date<br>05-20-2026 |
| Other | | |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 7/94 may be used.

explicit detail. MORRIS often refers to SANDERS as "Juan" during intercepted wire communications. During the intercepted call, MORRIS stated, "...I'm ready to slide through right now".

2. At approximately 7:48PM, MORRIS utilizing TT2, received an incoming call from 502-416-8185 (call #1180). This call went to voicemail and was not answered. No message was left behind. Approximately two (2) minutes later, TT2 placed an outgoing call to 502-416-8185, also utilized by SANDERS (call #1181). Members of the LDO attributed this phone number to SANDERS after comparing the voice and speech patterns to previously intercepted calls between TT2 and 502-416-8348 (known to be utilized by SANDERS). A transcript of this call is detailed below:

SANDERS: Yo.
MORRIS: Hello.
SANDERS: What's up, boy [PH]?
MORRIS: Huh? What's going on?
SANDERS: Here chilling.
MORRIS: H-huh?
SANDERS: [U/I]
MORRIS: I-I was sleep. My wife just came downstairs, said you callin'.
SANDERS: Yeah.
MORRIS: I do, don't feel good, but shit, fuck it. It is what it is.
SANDERS: [U/I] Do you wanna have a drink now or you wanna have a drink later?
MORRIS: [Stammers] Just tell me what I need to do.
SANDERS: I said, "Do you wanna have a drink now or you wanna have a drink" --
motherfucker. [U/I]
MORRIS: You know. Okay.
SANDERS: Alright. We'll have to --
[Voices overlap]
MORRIS: I'm just asking for --
[Voices overlap]
SANDERS: We'll have, we'll take, we'll take tw-, we'll take two shots.
[Voices overlap]
MORRIS: Huh?
SANDERS: We'll say [U/I], you can take two shots. We'll make sure you -- [U/I].
[Voices overlap]
MORRIS: Yeah-yeah. Okay.
SANDERS: Right there. Like kind of like -- you know. Shit, you need to just start
exercising, nigga. Start walking around.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

MORRIS: O-okay. I want to make sure, uh, I can afford the bottles. That's why I'm asking you.
SANDERS: Alright. Well, I ain't [U/I], I ain't gonna let you take my whole bottle. We'll take
a shot or two, then go back home and sleep, and get you some rest. Okay? [U/I]
MORRIS: I hear, I hear that, but how much it costing me for the bottle?
SANDERS: Man, I said come on over.
MORRIS: [Coughs]
SANDERS: Come on.
MORRIS: Alright.
SANDERS: [U/I]
MORRIS: Okay.

[End of call]

3. At approximately 8:59PM, TT2 received an incoming call from SANDERS utilizing 502-416-8185 (call #1184). During the call, MORRIS stated, "I'm on my way brother". At approximately 9:04PM, members of the LDO observed via GPS tracker, MORRIS' Chevy Trax depart from his home located at 7007 Norlynn Dr, Louisville, KY. The Trax traveled directly to the vicinity of 4910 Shumake Ct, Louisville, KY, where it arrived at approximately 9:14PM. Members of the LDO know 4910 Shumake Ct to be associated to SANDERS through previous cases of other law enforcement agencies as well as commercial law enforcement databases. The Trax departed from the area at approximately 9:19PM and traveled directly back to MORRIS' residence at Norlynn Dr where it arrived at approximately 9:30PM.

May 13, 2026.

4. On May 13, 2026, at approximately 5:19PM, TT2 placed an outgoing call to SANDERS utilizing 502-655-8348 (call #1309). During the call, SANDERS stated, "Yeah I got some beer bottles for your ass too...". Later in the call, MORRIS stated, "I'm gonna slide through real quick".

May 16, 2026.

5. On May 16, 2026, at approximately 10:33AM, TT2 received an incoming call from SANDERS utilizing 502-655-8348. During the call, MORRIS told SANDERS, "Probably about six (6) o'clock" (call #1393).



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

6. At approximately 11:52AM, TT2 placed an outgoing call to 502-744-7579 known to be utilized by Miriam THOMPSON-MORRIS, MORRIS' wife (call #1400). During the call, MORRIS told THOMPSON-MORRIS that he had talked to "Juan" today and would see him at 6:00. A partial transcript of the call is detailed below:

MORRIS: I already talked to Juan today. You know what I'm sayin'?
THOMPSON: Mm-hmm. What you tell him -- tomorrow?
MORRIS: Nope. About 6:00.
THOMPSON: Oh, okay.
MORRIS: Yeah.
THOMPSON: Mm-hmm.
MORRIS: I said, "I might come see you 'bout 6:00 o'clock." You know what I'm sayin'?
THOMPSON: Oh, okay.

7. At approximately 12:37PM, TT2 placed an outgoing call to 502-416-8185 utilized by SANDERS (call #1407). During the call, MORRIS told SANDERS that he was about to have a drink with SANDERS. SANDERS responded to MORRIS, saying that he was out in the country. At that same time, members of the LDO reviewed GPS vehicle tracker data for the Chevy Silverado and observed it travel by 4910 Shumake Ct, an address believed to be utilized by SANDERS. The Silverado did not stop.

8. At approximately 3:13PM, TT2 received an incoming call from SANDERS utilizing 502-416-8185 (call #1409). A transcript of this call is detailed below:

MORRIS: Yo.
SANDERS: What up? 'Ey.
MORRIS: What up, bro?
SANDERS: Did you, did you want me to get two cases of beer?
MORRIS: Yeah.
SANDERS: Or one? Two?
[Voices overlap]
MORRIS: Two.
SANDERS: Alright.
MORRIS: Yeah, that's what I want.
SANDERS: Alright, I'ma call you back.
MORRIS: Okay.
[End of call]



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

9. At approximately 4:34PM, TT2 again received an incoming call from SANDERS, this time utilizing 502-655-8348. During the call, SANDERS told MORRIS that he was home. MORRIS replied that he would come see SANDERS soon and that he was currently at "Wick's pizza". GPS vehicle tracker data showed MORRIS' Silverado in the vicinity of a Wick's Pizza located at 3348 Hikes Ln #103, Louisville, KY.

10. At approximately 5:32PM, members of the LDO observed via GPS vehicle tracker, the Chevy Silverado arrive in the vicinity of 4910 Shumake Ct. At that same time, TT2 placed an outgoing call to 502-655-8348 (call #1413). The call was not answered. At approximately 5:37PM, members of the LDO observed the Silverado depart from Shumake Ct via the GPS tracker.

11. At approximately 5:47PM, while traveling home from Shumake Ct, TT2 placed an outgoing call to THOMPSON-MORRIS. A partial transcript of the call is detailed below:

THOMPSON: Did the stuff fit in the pizza box?
MORRIS: Yeah.
THOMPSON: What he say when you pulled up with the pizza? [Laughs]
MORRIS: "You know I don't eat pork." I said, "Nigga, I eat pork, motherfucker."
THOMPSON: Mm-hmm.
MORRIS: And I said, and-and [U/I] -- "Well, you know I don't, but I'ma eat that pork you
got."
THOMPSON: [Laughs]
MORRIS: Yeah.
THOMPSON: Mm-hmm.
MORRIS: Mm-hmm.
THOMPSON: That's funny as fuck.

12. The GPS vehicle tracker on the Silverado showed the truck travel directly from Shumake Ct to MORRIS' home on Norlynn Dr. Members of the LDO observed the truck back into the driveway via a covert camera in the vicinity.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.