# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| Program Code<br>SEO609 | Cross File / Related Files | File No.<br>[redacted] | G-DEP Identifier<br>[redacted] |
| By: Riley R Nesbit, SA<br>At: | ☐<br>☐<br>☐<br>☐<br>☐ | File Title<br>[redacted] | |
| ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | Date Prepared<br>08-03-2026 | |

Other Officers: See Other Officer's Section in Paragraph 18

| AGEO Operation | Event generated from a lead? | Case Number(s) lead obtained from |
|---|---|---|
| | No | |

Did this Case lead to a dismantlement? Did this Case lead to a disruption?

Report Re: Acquisition of Numerous Exhibits Seized from 4910 Shumake Ct During a Search Warrant and Arrest of Lajuan SANDERS

## SYNOPSIS

On July 29, 2026, members of the Drug Enforcement Administration (DEA) Louisville Division Office (LDO) executed a federal search warrant at 4910 Shumake Court, Louisville, KY. During the search, members of the LDO located and seized numerous items, including firearms, united states currency, cell phones, and vehicles. Lajuan SANDERS was also arrested on a federal warrant during the execution of the search warrant.

## DETAILS

1. On July 29, 2026, at approximately 6:00AM, members of the DEA LDO executed a federal search warrant at 4910 Shumake Ct, Louisville, KY, a residence known to be utilized by Lajuan SANDERS. Prior to the execution of the warrant, members of the LDO utilized a court authorized cell-site simulator to locate a cellular device(s) known to be utilized by Lajuan SANDERS. Court authorized GPS phone ping location data also showed both phones known to be utilized by SANDERS to be in the area of 4910 Shumake Ct. The phones that were pinged were Target Phone 6 (502-416-8185) and Target Phone 7 (502-655-8348).

2. At approximately 6:05AM, members of the LDO arrived to 4910 Shumake Ct. Members of the LDO knocked on the door and announced themselves as

| Distribution: | Signature (Agent) | Date |
|---|---|---|
| Division | /s/ Riley R Nesbit, SA | 08-04-2026 |
| District | Approved (Name and Title)<br>/s/ Chad A Moore<br>for GS JMT | Date<br>08-05-2026 |
| Other | | |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 7/94 may be used.

"POLICE". Red and blue police lights were activated during the knock and announce. After a reasonable amount of time, members of the LDO forced entry into the residence. SANDERS and his girlfriend, Andrea ELLIOTT, were encountered in the front room of the residence. Both occupants exited the residence without incident and were taken into custody. SANDERS was handcuffed by SA Riley Nesbit, and ELLIOTT was placed into handcuffs by SA Julianne Holbert. Members of the LDO continued to clear the house and encountered no additional occupants.

3. During a search of the residence, an FN handgun with a loaded magazine and one round in the chamber was located underneath the master bed by SA Michael Halick. The handgun bore serial number: 38634765.

4. During a search of the residence, a Ruger handgun with a loaded magazine and one round in the chamber was located underneath the master bed by SA Michael Halick. The handgun bore serial number: 643-51066.

5. During a search of the residence, a Palmetto State AR pistol with a loaded magazine was located on a chair in the master bedroom by TFO Eric Stafford. The firearm bore serial number: 21171177.

6. During a search of the residence, a black bag was located in the attic next to the access point above the master bedroom. Inside the bag was assorted jewelry and precious metals. The bag was located by SA Halick. Additional jewelry was located on top of a dresser in the master bedroom by SA Halick. The jewelry and precious metals were aggregated into one SSEE. (**Exhibit N-23**)

7. During a search of the residence, an undetermined amount of United States Currency (USC) was located in the master bedroom by SA Halick. The USC was located on top of the dresser in the master bedroom, inside of a safe in the master bedroom, and in the attic above the master bedroom. All of the USC was aggregated into one SSEE, which was sealed at the residence and signed by SAs Nesbit and Halick. (**Exhibit N-24**)

8. During a search of the residence, an iPhone with a blue case with phone number 502-655-8348 was located on a chair in the master bedroom closest to the door by SA Halick. The phone number was confirmed as belonging to this device when SA Nesbit placed a call to the number (Target Phone 6). (**Exhibit N-32**)

9. During a search of the residence, an iPhone with a black case with phone number 502-416-8185 was located on a chair in the master bedroom closest to the door by SA Halick. The phone number was confirmed as



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

belonging to this device when SA Nesbit placed a call to the number (Target Phone 5). (**Exhibit N-33**)

10. Three vehicles were seized from the residence. They were towed to the DEA LDO and will be kept there until the asset forfeiture process is completed.

- Chevrolet Suburban KY license plate [G9T-594] (**Exhibit N-28**)
- GMC Sierra KY license plate [4597-JB] (**Exhibit N-29**)
- GMC Yukon XL KY license plate [7971-JK] (**Exhibit N-30**)

11. Three dogs were located in the rear exterior of the residence. Jefferson County Animal Control was contacted, and an officer was dispatched to the residence. All dogs were removed from the residence.

12. At the residence, ELLIOTT told investigators that she was a "prostitute" and had walked to the residence. She was released and walked away. A short time later, ELLIOTT returned to the residence and asked for her keys to her Toyota Crown sedan which was parked in the driveway. The Crown was registered to her.

13. SANDERS was transported back to the DEA LDO where he was processed and booked. SANDERS did not want to speak to investigators and was transported to the Oldham County Detention Center.

14. All Exhibits, firearms, magazines, and ammo, were acquired by SA Nesbit as witnessed by SA Halick and transported to the DEA LDO. All firearms, magazines, and ammo were transferred to the ATF on that same day. A DEA-12 property form showing that transfer is attached to this report.

15. A copy of the search warrant and copies of the DEA-12s showing the seized property was left on the kitchen island.

16. Photographs of the residence and of the seized exhibits were taken during the execution of the warrant. These photographs are attached to the digital case file. Please note that the photographs are labeled by date and time. The time listed on the photographs is inaccurate as it shows the time in CST. All times listed on the photographs are one hour behind EST.

17. On August 3, 2026, members of the LDO took Exhibit N-24 to Loomis for an official count. Loomis returned the original SSEE and rubber bands to agents. On that same date, SAs Nesbit and Moore made the original SSEE and



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

rubber bands into an Exhibit. (**Exhibit N-24b**) SAs Nesbit and Moore took a photo of Exhibit N-24 prior to its count and made that photo into an Exhibit as well (**Exhibit N-24a**).

18. Other Officers: DEA GS Jennifer Traud, SAs Riley Nesbit, Michael Halick, Robert Becouvarakis, Julianne Holbert, Marcus White, Jonathan Dear, Reilly Teal, David Stith, Nathan Maggard, TFOs William Atteberry, Eric Stafford, Eric Thompson, Christopher Frisby, Michael Williams, and Jason Winstead. IRS SAs Christopher Roby and Bo Alexander. LMPD Ofc. Alec Bosley.

**CUSTODY OF EVIDENCE**

Exhibit N-23 is described as one SSEE containing assorted jewelry and precious metals. On July 29, 2026, members of the LDO executed a search warrant at 4910 Shumake Ct, Louisville, KY. The Exhibit was seized from the residence and transported back to the DEA LDO by SAs Nesbit and Halick. At that time, the jewelry and precious metals were separated into two SSEEs. On that same date, SA Moore as witnessed by TFO Atteberry, sealed the SSEEs containing the exhibit and placed them into the high value temporary storage vault for safekeeping. On July 30, 2026, SAs Nesbit and Moore retrieved the exhibit from the evidence custodian, cut open the two SSEEs, combined the exhibit into one SSEE and labeled it Exhibit N-23. On that same day, SAs Nesbit and Halick placed it into the high value temporary storage vault.

Exhibit N-24 is described as one SSEE containing an undetermined amount of United States Currency. On July 29, 2026, members of the LDO executed a search warrant at 4910 Shumake Ct, Louisville, KY. The Exhibit was located at the search warrant and was sealed at the residence by SAs Nesbit and Halick. The Exhibit was transported back to the DEA LDO by SA Nesbit as witnessed by SA Halick. On that same date, SA Moore as witnessed by TFO Atteberry, placed the exhibit into the high value temporary storage vault for safekeeping. On July 30, 2026, SAs Nesbit and Moore retrieved the exhibit from the evidence custodian and completed the evidence label. SAs Nesbit and Moore then returned the exhibit to the high value temporary storage vault. On August 3, 2026, SA Nesbit as witnessed by SA Halick, retrieved the exhibit from the evidence custodian and took it to Loomis for an official count. Loomis completed the count and provided agents with a count receipt.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Exhibit N-24a is described as a photograph of N-24 contained within an SSEE, which was seized from Lajuan SANDERS on July 29, 2026, at 4910 Shumake Ct, Louisville, KY. On August 3, 2026, SA Riley Nesbit acquired, processed, and sealed N-24a as evidence as witnessed by SA Chad Moore. On that same day, SA Nesbit as witnessed by SA Moore turned over Exhibit N-24a to the DEA Non-Drug Evidence Custodian for safekeeping.

Exhibit N-24b - is a DEA SSEE that previously contained Exhibit N-24 until N-24 was transported to Loomis for a count by SA Riley Nesbit and SA Michael Halick on August 3, 2026. On August 3, 2026, SA Nesbit processed and sealed Exhibit N-24b as evidence as witnessed by SA Moore. On the same day, SA Nesbit turned over Exhibit N-24b to the DEA Non-Drug Evidence Custodian for safekeeping as witnessed by SA Moore.

Exhibit N-28 is described as a Chevrolet Suburban bearing KY license plate [G9T-594]. Exhibit N-28 was seized from 4910 Shumake Ct, Louisville, KY, during a federal search warrant on July 29, 2026. The Exhibit was transported to the DEA LDO via a tow and is stored at the DEA LDO pending the completion of asset forfeiture.

Exhibit N-29 is described as a GMC Sierra bearing KY license plate [4597-JB]. Exhibit N-29 was seized from 4910 Shumake Ct, Louisville, KY, during a federal search warrant on July 29, 2026. The Exhibit was transported to the DEA LDO via a tow and is stored at the DEA LDO pending the completion of asset forfeiture.

Exhibit N-30 is described as a GMC Yukon XL bearing KY license plate [7971-JK]. Exhibit N-30 was seized from 4910 Shumake Ct, Louisville, KY, during a federal search warrant on July 29, 2026. The Exhibit was transported to the DEA LDO via a tow and is stored at the DEA LDO pending the completion of asset forfeiture.

Exhibit N-32 is described as one iPhone with a blue case with phone number 502-655-8348. On July 29, 2026, members of the DEA executed a search warrant at 4910 Shumake Ct, Louisville, KY, and found the Exhibit inside the residence. SA Riley Nesbit as witnessed by SA Michael Halick acquired the exhibit and transported it to the LDO. On that same day, SA Chad Moore as witnessed by TFO William Atteberry, placed the exhibit into locker storage for safekeeping. On July 30, 2026, SA Moore retrieved the exhibit from locker storage as witnessed by SA Nesbit. SA Nesbit as witnessed by SA Halick, processed and sealed the exhibit as evidence, labeled it Exhibit N-32, and placed it into the non-drug vault for storage and safekeeping.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Exhibit N-33 is described as one iPhone with a blue case with phone number 502-416-8185. On July 29, 2026, members of the DEA executed a search warrant at 4910 Shumake Ct, Louisville, KY, and found the Exhibit inside the residence. SA Riley Nesbit as witnessed by SA Michael Halick acquired the exhibit and transported it to the LDO. On that same day, SA Chad Moore as witnessed by TFO William Atteberry, placed the exhibit into locker storage for safekeeping. On July 30, 2026, SA Moore retrieved the exhibit from locker storage as witnessed by SA Nesbit. SA Nesbit as witnessed by SA Halick, processed and sealed the exhibit as evidence, labeled it Exhibit N-33, and placed it into the non-drug vault for storage and safekeeping.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**U.S. Department of Justice**
Drug Enforcement Administration

**DEA 6 Index Section**

| | | | |
|---|---|---|---|
| **NADDIS Number:** [redacted] | | **First & Middle Name:** | |
| [redacted] **Business Name:** | | | |
| SANDERS | | Lajuan L | |
| **Date of Birth:** | **SSN:** | **FBI Number:** | |
| [redacted] | [redacted] | [redacted] | |
| | | **Citizenship:** | |
| | | USA | |
| **Hair Color:** | **Eye Color:** | **Height:** | **Weight:** |
| Black | Brown | 5' 09" | 215 |

**Remarks:**
Arrested on July 29, 2026

## Addresses

| Address Type | Address | Phone Number | Location |
|---|---|---|---|
| | No Addresses found | | |

## Phone Numbers

| Phone Number Type | Phone Number |
|---|---|
| | No Phone Numbers |

## Identifiers

| Type | Identifier | Country | State |
|---|---|---|---|
| | No Identifiers found | | |

## Vehicles

| Type | Make | Model | Color | Year | Style | VIN | License | Country | State |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Vehicles found | | | | |

| NADDIS Number: | Name Type: |
|---|---|
| [redacted] | Person |
| **Last Name/Business Name:** | **First & Middle Name:** |
| ELLIOTT | Andrea |

**Date of Birth:**

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| Hair Color: | Eye Color: | Height: | Weight: |
|---|---|---|---|
| | | | |

**Remarks:**

Present during search warrant at 4910 Shumake Ct, Louisville, KY

## Addresses

| Address Type | Address | Phone Number | Location |
|---|---|---|---|
| | No Addresses found | | |

## Phone Numbers

| Phone Number Type | Phone Number |
|---|---|
| | No Phone Numbers |

## Identifiers

| Type | Identifier | Country | State |
|---|---|---|---|
| | No Identifiers found | | |

## Vehicles

| Type | Make | Model | Color | Year | Style | VIN | License | Country | State |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Vehicles found | | | | |