**KENTUCKY SECRETARY OF STATE**
**P.O.BOX 718**
**FRANKFORT, KY 40602**

**1183004**

PRESORTED
FIRST CLASS
US POSTAGE
**PAID**
LOUISVILLE, KY
PERMIT #879

## Certificate of Administrative Dissolution

I, Michael G. Adams, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the Office of the Secretary of State,

**GAME BRED REALTIES, LLC**

did not file its 2025 annual report within sixty days after it was due. Accordingly, the Secretary of State administratively dissolved the limited liability company on October 2, 2025.

Michael G. Adams
Secretary of State

**IMPORTANT NOTICE**

**GAME BRED REALTIES, LLC**
**2317 WEST HILL STREET**
**LOUISVILLE KY 40210**